**Transferred case has been opened**
usdc_ecf_ilnd    to: InterdistrictTransfer_TXWD                12/02/2014 12:42 PM

```
CASE: 5:14-mc-00942

DETAILS: Case transferred from Texas Western
has been opened in Northern District of Illinois - CM/ECF LIVE, Ver 6,1
as case 1:14-cv-09625, filed 12/01/2014.
```